*Pro Se 7 2016*

TAC 3-106

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**25 CV 6190-KKE**

Abuoh E. Neufville

_____

_____

Plaintiff(s),

v.

WA Department Veteran Affairs
David Puente-Dir

_____

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☒ Yes ☐ No

____ FILED    ____ LODGED
_____ RECEIVED

DEC 31 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

### I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name            Abuoh Edford Neufville
Street Address  7747 21st Ave SE
City and County Lacey, Thurston
State and Zip Code  WA    98503
Telephone Number  253-282-1657

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name                          David Puente

Job or Title *(if known)*     Director - WA DEPT. VET. Affairs

Street Address                1102 Quince St. SE

City and County               Olympia, WA, Thurston

State and Zip Code            98504

Telephone Number              360 - 725 - 2200

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

*Pro Se 7 2016*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

    Name    Wa Department of Veteran Affairs (WDVA)

    Street Address    1102 Quince ST. SE

    City and County    Olympia, Thurston

    State and Zip Code    Washington 98504

    Telephone Number    360-725-2200

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

Pro Se 7 2016

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
(*Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.*)

☒ Other federal law *(specify the federal law)*:

Rehabilitation Act of 1973, 29 USC 794

☐ Relevant state law *(specify, if known)*:    See Supplement attached

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

See attached supplement

_____

_____

_____

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☒ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

Pro Se 7 2016

☐ Other acts *(specify)*: _____

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

__July 12 – July 25 2025__

C.    I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race        _____
☐ color       _____
☐ gender/sex  _____
☐ religion    _____
☐ national origin _____
☐ age *(year of birth)*        *(only when asserting a claim of age discrimination.)*
☒ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

__Please reference attached complaint__
__& Statement of Claim__

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

*Pro Se 7 2016*

## IV.    EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity

Commission or my Equal Employment Opportunity counselor regarding the defendant's

alleged discriminatory conduct on *(date)*

My case was initiated with the Washington Human Rights Commision the day of my termination (25 July), early September I recieved notice that case is accepted by WA HRC & EEOC Case remains in Backlog"

B.    The Equal Employment Opportunity Commission *(check one)*:

☑  has not issued a Notice of Right to Sue letter.

☐  issued a Notice of Right to Sue letter, which I
received on *(date)*

_____

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.
☐  less than 60 days have elapsed.

## V.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Please reference attached document

_____

_____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

*Pro Se 7 2016*

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     31 December 2025

Signature of Plaintiff

Printed Name of Plaintiff     Abuoh E. Noufville

Date of signing:     _____

Signature of Plaintiff     _____

Printed Name of Plaintiff     _____

Date of signing:     _____

Signature of Plaintiff     _____

Printed Name of Plaintiff     _____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

FILED _____ LODGED
_____ RECEIVED

DEC 3 1 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

**Plaintiff:** Abuoh Edford Neufville

**Defendants:** Washington State Department of Veterans Affairs; David Puente, Director

**Jury Trial:** Yes

## 25 CV 6190-KKE

## I. THE PARTIES

Plaintiff Abuoh Edford Neufville is a resident of Lacey, Thurston County, Washington. Defendant Washington State Department of Veterans Affairs ("WDVA") is a state agency with offices located at 1102 Quince Street SE, Olympia, Washington. Defendant David Puente is the Director of WDVA and is sued in his official capacity for injunctive and equitable relief.

## II. BASIS FOR JURISDICTION

This action is brought pursuant to the Rehabilitation Act of 1973, Section 504, 29 U.S.C. § 794. Upon information and belief, WDVA is a recipient of federal financial assistance, including federal Medicaid payments and Medicare reimbursements connected to WDVA's operation of two veterans nursing homes/facilities (serving veterans and eligible family members), and federal funding connected to veterans transitional housing programs operated through agreements with the U.S. Department of Veterans Affairs. Accordingly, WDVA is a "program or activity receiving Federal financial assistance" within the meaning of Section 504. This Court has jurisdiction under 28 U.S.C. § 1331.

## III. STATEMENT OF CLAIM

Plaintiff is a qualified individual with a disability within the meaning of the Rehabilitation Act. Plaintiff was employed by WDVA and was able to perform the essential functions of the position with or without reasonable accommodation. Plaintiff requested reasonable accommodations related to his disability. Defendants failed to engage in the interactive process and failed to provide reasonable accommodations. Plaintiff was subjected to unequal terms and conditions of employment and was subsequently terminated from employment. Plaintiff believes the termination and related adverse actions were taken because of his disability and in response to his accommodation requests.

**Discriminatory acts include:** termination of employment, failure to accommodate disability, and unequal terms and conditions of employment.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff filed a charge of employment discrimination with the Washington State Human Rights Commission ("WSHRC"). Plaintiff understands the charge was also filed with (or dual-filed with) the Equal Employment Opportunity Commission ("EEOC") pursuant to the agencies' worksharing agreement. As of the filing of this complaint, the EEOC has not issued a Notice of

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Abuoh Edford Neufville,<br>*Plaintiff,*<br><br>v.<br><br>Washington State Department of Veterans Affairs;<br>David Puente, Director,<br>*Defendants.* | Case No.:<br><br>_____<br><br>**ATTACHMENT 1**<br>to Pro Se 7 (Rev. 12/16)<br>Complaint for Employment<br>Discrimination<br><br>**JURY TRIAL DEMANDED** |

## II. BASIS FOR JURISDICTION (SUPPLEMENT)

This action is brought under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. Upon information and belief, Defendant Washington State Department of Veterans Affairs ("WDVA") receives federal financial assistance, including Medicaid payments and Medicare reimbursements connected to WDVA's operation of veterans nursing home/facility programs, and federal funding connected to veterans transitional housing programs operated through agreements with the U.S. Department of Veterans Affairs. Accordingly, WDVA is a "program or activity receiving Federal financial assistance" within the meaning of Section 504. This Court has jurisdiction under 28 U.S.C. § 1331.

## III. STATEMENT OF CLAIM (SUPPLEMENT)

Plaintiff is a qualified individual with a disability. Plaintiff was employed by WDVA and was able to perform the essential functions of the position with or without reasonable accommodation. Plaintiff requested reasonable accommodations related to Plaintiff's disability. Defendants failed to engage in the interactive process and failed to provide reasonable accommodations. Plaintiff was subjected to unequal terms and conditions of employment and was terminated. Plaintiff believes these actions were taken because of Plaintiff's disability and/or because Plaintiff requested reasonable accommodations.

**Approximate dates (to the best of Plaintiff's recollection):**

• Accommodation request(s): _July 12 2025_
• Adverse action(s) / termination date: _July 25 2025_

## V. RELIEF (SUPPLEMENT)

Plaintiff requests: back pay; front pay; reinstatement or appropriate equitable relief; reasonable accommodations; correction of personnel records; attorneys' fees and costs; and such other relief as the Court deems just and proper.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Abuoh Edford Neufville,
*Plaintiff*,

v.

Washington State Department of Veterans Affairs;
David Puente, Director,
*Defendants*.

Case No.:

_____

**ATTACHMENT 2**
to Pro Se 7 (Rev. 12/16)
Complaint for Employment
Discrimination

**JURY TRIAL DEMANDED**

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES (SUPPLEMENT)

Plaintiff filed a charge of employment discrimination with the Washington State Human Rights Commission ("WSHRC"). Plaintiff understands that the charge was also filed with (or dual-filed with) the Equal Employment Opportunity Commission ("EEOC") pursuant to the agencies' worksharing agreement.

Charge filed (approximate date): **25 July 2025**
Agency charge number(s) (if known): _____

As of the date this complaint is filed, the EEOC has not issued a Notice of Right to Sue letter.

Plaintiff brings this action under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and alleges Defendant is a recipient of federal financial assistance. Plaintiff alleges that administrative exhaustion is not required for a Section 504 claim against a recipient of federal financial assistance. Plaintiff nonetheless filed the administrative charge described above to preserve rights and to seek administrative resolution. Plaintiff reserves the right to amend this complaint to add claims (including claims under the Americans with Disabilities Act) after administrative prerequisites are satisfied and/or a Notice of Right to Sue letter is received.

Right to Sue letter. Plaintiff brings this action under Section 504 of the Rehabilitation Act against a recipient of federal financial assistance. Plaintiff reserves the right to amend this complaint to add claims (including claims under the Americans with Disabilities Act) after administrative prerequisites are satisfied and/or a Notice of Right to Sue letter is received.

**Charge filed (approximate date):** _25 July 2025_

## V. RELIEF

Plaintiff respectfully requests the Court to order: back pay; front pay; reinstatement or appropriate equitable relief; reasonable accommodations; correction of personnel records; attorneys' fees and costs; and such other relief as the Court deems just and proper.

## VI. CERTIFICATION

Plaintiff certifies under Federal Rule of Civil Procedure 11 that this complaint is filed in good faith and is supported by existing law.

Date: _31 DEC 2023_

Signature: _____

Printed Name: Abuoh Edford Neufville