UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABUOH EDFORD NEUFVILLE,<br><br>             Plaintiff(s),<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT<br>OF VETERANS AFFAIRS, et al.,<br><br>             Defendant(s). | CASE NO. C25-6190-KKE<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OR AN EARLY SCHEDULING CONFERENCE |

This matter comes before the Court on Plaintiff's motion for expedited consideration or an early scheduling conference. Dkt. No. 2. In his motion, Plaintiff requests that the Court grant expedited consideration of his case or schedule an early initial scheduling conference. The Federal Rules of Civil Procedure, however, which provide the governing procedures in civil cases in federal district court, do not contemplate a motion for expedited consideration. As to his request for a scheduling conference, Plaintiff will have the opportunity to request a scheduling conference and any changes to the Court's standard case schedule in the joint status report, which the parties will file pursuant to Federal Rule of Civil Procedure 26(f). Now that Defendant has entered an appearance, the Court will shortly issue a deadline for the parties to file their joint status report.

To the extent Plaintiff would benefit from further guidance regarding procedural requirements in this Court, Plaintiff may contact the Federal Civil Rights Legal Clinic, which offers free, limited-scope assistance to self-represented litigants in federal civil rights cases,

including, but not limited to, following court rules and procedures or preparing case documents. Participation is voluntary and the Clinic operates independently from the Court. To request an appointment, plaintiffs in Seattle may submit the online form at www.kcba.org/nlc or call 206.267.7070 and press "1" to leave a message. In Tacoma, Plaintiffs may request an appointment by calling 253.368.6690.

Because Plaintiff's motion seeks relief that either is not contemplated by the Federal Rules or that he must request through the Rule 26(f) joint status report, Plaintiff's motion for expedited consideration or an early scheduling conference is DENIED.  Dkt. No. 2.

Dated this 12th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OR AN EARLY SCHEDULING CONFERENCE - 2