UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABUOH EDFORD NEUFVILLE,

Plaintiff(s),

v.

WASHINGTON STATE DEPARTMENT OF VETERANS AFFAIRS, et al.,

Defendant(s).

CASE NO. C25-6190-KKE

ORDER APPOINTING COUNSEL

On July 30, 2026, the Court referred this case to the Western District of Washington's Pro Bono Coordinator to identify an attorney(s) or law firm from the Pro Bono Panel to represent Plaintiff for the remainder of this case. Dkt. No. 29 at 3. The Court now appoints the below attorneys to represent Plaintiff pursuant to the Amended Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order 06-26 (May 15, 2026).

Joan Pradhan, WSBA #58134
Email: jpradhan@tousley.com
Rebecca Solomon, WSBA #51520
Email: rsolomon@tousley.com
Cecily Jordan, WSBA #50061
Email: cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 FIFTH AVE STE 1700
SEATTLE, WA 98101
206-682-5600

Counsel is DIRECTED to file Notice(s) of Appearance within **seven calendar days**. If counsel cannot assume this representation, they shall immediately file a motion for relief from appointment. If Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court cannot assure counsel of compensation from any source.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff, and to appointed counsel by email.

Dated this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge