UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABUOH EDFORD NEUFVILLE,<br><br>Plaintiff(s),<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>Defendant(s). | CASE NO. C25-6190-KKE<br><br>ORDER GRANTING REQUEST TO SRIKE SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE |

The Court held a status conference today to discuss, among other things, Plaintiff's request to strike or deny without prejudice Defendants' motion for summary judgment and for additional time to conduct discovery before responding. Dkt. No. 40. To give Plaintiff's newly appointed counsel time to conduct reasonable discovery, and for the reasons stated on the record, the Court GRANTS Plaintiff's request to strike Defendants' motion for summary judgment (Dkt. No. 31) without prejudice to refiling.

Accordingly, the Clerk is DIRECTED to terminate Dkt. No. 31.

The parties are ORDERED to file an updated joint status report pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) no later than September 30, 2026.

//

//

//

Dated this 9th day of September, 2026.

Kymberly K. Evanson
United States District Judge